UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CODY WARDEN,**

   Plaintiff,

v.                                                                                         No. 4:22-CV-631-P

**TARRANT COUNTY DISTRICT ATTORNEY'S
OFFICE, ET AL.,**

   Defendants.

# ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 21. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that, pursuant to 28 U.S.C. § 1915(e), all claims asserted against Defendants Euless Police Department and Burleson Police Department be **DISMISSED with prejudice** because police departments are not entities capable of being sued. *See Brodzki v. N. Richland Hills Police Dep't*, No. 3:10-CV-539, 2010 WL 1685799, at *1 (N.D. Tex. March 31, 2010).

**SO ORDERED** on this **27th day of October 2022**.

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE