UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CODY WARDEN,**

   Plaintiff,

v.                                                         No. 4:22-CV-0631-P

**TARRANT COUNTY DISTRICT ATTORNEY'S OFFICE, ET AL.,**

   Defendants.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case issued on November 17, 2022, it is **ORDERED, ADJUDGED,** and **DECREED** that this civil action is **DISMISSED without prejudice**. The Clerk shall transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **17th day of November 2022**.

_(signed)_ Mark T. Pittman

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE